UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08cr2806-W |
| Plaintiff ) | CRIMINAL NO. 08mj2278 |
| ) | |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| Jesus Rosales-Contreras ) | |
| Defendant(s) et.al. ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Arturo Eustacio Torres-Montanez

DATED: 8/21/08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by Rhca Rhne R. Rhone
   Deputy Clerk