UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jesus Rosales- ) <br> Contreras ) <br> Defendant(s) et al. ) | 08cr2806-W <br> CRIMINAL NO. 08mj2278 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

C.L.T.

Carla Valeria Torres-Lopez

DATED: 8-21-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by  Rhea Rhee
                  Deputy Clerk

R. Rhone

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                ☆ U.S. GPO: 2003-581-774/70062